IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN P. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6199 |
| ) | |
| SCHNEIDER NATIONAL CARRIERS, INC, ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

Plaintiff Kevin Smith ("Smith") respectfully requests that the Court enter a protective order prohibiting defendant Schneider National Carriers, Inc. ("Schneider") from attempting to take a deposition of Smith that Schneider has noticed for December 27, 2007. In support of this motion, Smith states as follows:

1. This motion seeks to prevent Smith's former employer from requiring Smith, a member of the armed forces on active duty who is preparing to be deployed to Afghanistan, to give up a large portion of the few days of his Christmas leave – if he in fact receives any leave – to be deposed by Schneider. Schneider seeks to do this before it has answered Smith's complaint or produced any documents to afford Smith information he will need to prepare for his deposition.

2. Smith is a Lieutenant in the United States Navy Reserve. In October 2007, Smith received orders calling him to active duty for a period of one year, beginning on November 3, 2007.

3. Smith is currently stationed at Fort Riley, Kansas, and he expects to be deployed to Afghanistan in late February 2008. Aside from a possible period of a few days leave for Christmas in late December, Smith will not return to Illinois before his deployment.

4. At the time he was called to active duty in October 2007, Smith was employed by Schneider. When Smith informed Schneider that he had been called to active duty, Schneider immediately terminated his employment. Smith filed this lawsuit on November 5, 2007, bringing a claim against Schneider for violation of the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §4301 *et seq*.

5. On December 18, 2007, Schneider served an Amended Notice of Deposition on counsel for Smith, purporting to schedule Smith's deposition for 9:30 a.m. on December 27, 2007. See Exhibit A. Schneider's counsel noticed Smith's deposition for that date based on its reading of Smith's initial orders from the United States Navy, which indicate that Smith will be assigned to duty at the Great Lakes Naval Station in Great Lakes, Illinois from December 22, 2007 through January 2, 2008. Id. Smith has not been at Great Lakes since November 2007.

6. Counsel for Smith has informed Schneider's counsel, both by telephone conversation and in writing, that under Smith's current orders he will remain at Fort Riley, Kansas until his deployment overseas and that, accordingly, it is not possible for him to appear for his deposition at the date and time noticed. See Exhibit B. Despite a request that Schneider withdraw its deposition notice, it has not done so.

7. Smith's counsel has also advised Schneider's counsel that it is unfair to seek to depose Smith before Schneider has answered the complaint or produced any documents. See id. and Exhibit C. Smith has been told to expect that his active duty will end by late 2008, at which time he can be deposed after the parties are at issue and documents have been exchanged.

8. The parties have conferred in good faith but have been unable to resolve this dispute.

WHEREFORE, Smith respectfully requests that the Court enter an order (i) prohibiting Schneider from attempting to take Smith's deposition on December 27, 2007 and (ii) granting such further relief as the Court deems just and proper.

                Respectfully submitted,

                KEVIN P. SMITH

                By:   s/ Jennifer E. Smiley
                     One of his attorneys

Dated:    December 20, 2007

Michael L. Shakman (ARDC No. 2558823)
Jennifer E. Smiley (ARDC No. 6275940)
Miller Shakman & Beem LLP
180 N. LaSalle St., Suite 3600
Chicago, IL 60601
312-263-3700 (tel.)
312-263-3270 (fax)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certify that she caused to be served a true and correct copy of the **Notice of Motion** in accordance with the Administrative Procedures for the CM/ECF system for the Northern District of Illinois, and also served the following parties by email and fax:

Mark Casciari
mcasciari@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn St., Ste 2400
Chicago, IL 60603
      Fax No. 312.460.7000

Kyle R. Hartman
khartman@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn St., Ste 2400
Chicago, IL 60603
      Fax No. 312.460.7000

Dated: December 20, 2007

                                                s/Jennifer E. Smiley