# EXHIBIT A

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN P. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS,<br>INC.,<br><br>        Defendant. | Case No.: 07 C 6199<br><br>Hon. Judge Kennelly |

## AMENDED NOTICE OF DEPOSITION

To:   Michael L. Shakman
Jennifer E. Smiley
Miller Shakman & Beem, LLP
180 N. LaSalle Street, Suite 3600
Chicago, IL 60601

PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Defendant Schneider National Carriers, Inc. will take the deposition of Plaintiff

Kevin P. Smith on Thursday, December 27, 2007, at 9:30 a.m. at the offices of Seyfarth Shaw

LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603, before a court reporter or

other officer authorized by law to administer the oath. The deposition shall be recorded by video

and/or stenographic means, and will be tape recorded.[1]

---

[1] Defendant reserves the right to continue the deposition of Kevin P. Smith to an additional date
if necessary.

CH1 11380329.1

Dated: December 18, 2007

Respectfully submitted,

SCHNEIDER NATIONAL CARRIERS, INC.

By: _____
One of Its Attorneys

Mark A. Casciari
Kyle R. Hartman
Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000

2

## Rule 30 (a)(2)(C) Certification

The undersigned hereby certifies that the deposition of Plaintiff Kevin P. Smith is appropriate under Rule 30 (a)(2)(C) of the Federal Rules of Civil Procedure based upon the following facts:

a)    Deponent has been ordered to active duty in United States Navy;

b)    Deponent is expected to leave the United States no later than February of 2008, but possibly earlier;

c)    Deponent is expected (based on the attached orders) to be present in the Northern District of Illinois for a limited period of time from December 22, 2007 until January 2, 2008;

d)    After this time, Deponent is expected (based on the attached orders) to be unavailable for examination in this country for at least the next 12 to 18 months.

e)    The attached documents support these assertions.

Dated: December 18, 2007

_____
Mark A. Casciari

CH1 11380329.1

```
COMNAVRESFORCOM NEW ORLEANS LA//N00/N1/N3/N5//
ECRC LITTLE CREEK VA//N3//
NAVRESREDCOM SE JACKSONVILLE FL//N00/N1/N3/N5//
NAVRESREDCOM NORTHWEST EVERETT WA//N00/N1/N3/N5//
COMNAVSPECWAROPSUPPGRU CORONADO CA//JJJ//
COMNAVSECGRURES FT GEORGE G MEADE MD//OSO//
BT
UNCLAS
MSGID/GENADMIN/COMNAVPERSCOM MILLINGTON TN RESERVE ORDERS ONE//
SUBJ/BUPERS MOBILIZATION ORDER: 2917 XXX-XX-9366/1105
RMKS/
          OFFICIAL RECALL TO ACTIVE DUTY ORDERS FOR
          LT SMITH KEVIN P, USNR, XXX-XX-9366
          4350 EAST 7000 NORTH ROAD
          MANTENO IL  609500000


REF:    (A) SEC 12302, TITLE 10 USC
        (B) COMNAVRESFOR NEW ORLEANS LA 281502Z SEP 05
        (C) MOBILIZATION EVENT NBR: 1903
        (D) OPNAVINST 3060.7B
        (E) CURRENT CNO N1 POLICY AND GUIDANCE FOR RECALL OF
            RESERVISTS UNDER PARTIAL MOBILIZATION AUTHORITY,
            CNO N1 MSG DTG 272246Z MAR 02.
        (F) ASSISTANT SECRETARY OF DEFENSE (RESERVE AFFAIRS)
            MEMORANDUM DATED 16 JUNE 2004 (SUBJ: ENHANCED HEALTH
            CARE BENEFITS FOR RESERVE COMPONENT MEMBERS AND THEIR
            DEPENDENTS
        (G) ASSISTANT SECRETARY OF DEFENSE (RESERVE AFFAIRS)
            MEMORANDUM DATED 15 MARCH 2007 (SUBJ: REVISED
            MOBILIZATION/DEMOBILIZATION PERSONNEL AND PAY POLICIES
            FOR RESERVE COMPONENT MEMBERS
        (H) JOINT FEDERAL TRAVEL REGULATIONS (JFTR)
        (I) SECRETARY OF THE NAVY MEMORANDUM DATED 17 JUNE 2002
        (J) SECRETARY OF THE NAVY MEMORANDUM DATED 30 JULY 2003


ITINERARY
                ------ACTIVATION ACTIVITY------
UNDER PARTIAL MOBILIZATION AUTHORITY OF REFERENCE (A), YOU ARE
HEREBY INVOLUNTARILY ORDERED TO REPORT FOR ACTIVE DUTY IAW
REFERENCES (B) THROUGH (J) FOR A PERIOD OF 365 DAYS, UNLESS RELEASED
SOONER BY THE ORDER ISSUING AUTHORITY. THESE ORDERS MAY BE EXTENDED
FOR A TOTAL OF UP TO 24 MONTHS BY THE ORDER ISSUING AUTHORITY, IAW
REF (I). REPORT AS DIRECTED BELOW FOR ACTIVATION PROCESSING.


RPT NOT LATER THAN 0800 ON 19NOV07            EDA: 19NOV07
TO: NAVOPSPTCEN GREAT LAKES IL                    UIC: 66231
    NAVY OPERATIONAL SUPPORT CENTER
```

```
615A BARRY RD
GREAT LAKES IL 60088-5707
FOR TEMPORARY DUTY                              ACC: 330
PERSONNEL ACCOUNTING SUPPORT: PSD GREAT LAKES    UIC: 43106


            ------INTERMEDIATE NMPS ACTIVITY------
RPT NOT LATER THAN 0730 ON 26NOV07              EDA: 26NOV07
TO: NMPS SAN DIEGO CA                           UIC: 3250A
    4170 NORMAN SCOTT RD
    BLDG 3232 SUITE I-45
    SAN DIEGO CA 92136
FOR TEMPORARY DUTY                              ACC: 330
PERSONNEL ACCOUNTING SUPPORT: PSD NAVSTA SDGO    UIC: 68556


            ------INTERMEDIATE ACTIVITY------

REPORT ON OR ABOUT 02DEC07                      EDA: 02DEC07
TO: ECRC DET FT RILEY KS                        UIC: 3367A
    ECRC DET FORT RILEY
    BUILDING 1861A CAMP FUNSTON
    FORT RILEY KS 66442
FOR TEMPORARY DUTY                              ACC: 330
PERSONNEL ACCOUNTING SUPPORT: PSD GREAT LAKES    UIC: 43106

            ------INTERMEDIATE ACTIVITY------

REPORT ON OR ABOUT 22DEC07                      EDA: 22DEC07
TO: NAVOPSPTCEN GREAT LAKES IL                  UIC: 66231
    NAVY OPERATIONAL SUPPORT CENTER
    615A BARRY RD
    GREAT LAKES IL 60088-5707
FOR TEMPORARY DUTY                              ACC: 330
PERSONNEL ACCOUNTING SUPPORT: PSD GREAT LAKES    UIC: 43106

            ------INTERMEDIATE ACTIVITY------

REPORT ON OR ABOUT 02JAN08                      EDA: 02JAN08
TO: ECRC DET FT RILEY KS                        UIC: 3367A
    ECRC DET FORT RILEY
    BUILDING 1861A CAMP FUNSTON
    FORT RILEY KS 66442
FOR TEMPORARY DUTY                              ACC: 330
PERSONNEL ACCOUNTING SUPPORT: PSD GREAT LAKES    UIC: 43106

            ------INTERMEDIATE ACTIVITY------
```

```
REPORT ON OR ABOUT 28FEB08                      EDA: 28FEB08
TO: MOB ACCOUNTING OPS KUWAIT                    UIC: 3954A
     PERSUPP DET LITTLE CREEK
     1155 NIDER BLVD STE 100
     NORFOLK VA 23521-2732
FOR TEMPORARY DUTY                               ACC: 330
PERSONNEL ACCOUNTING SUPPORT: TFIA COE           UIC: 3539B
```

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
               SPECIAL REPORTING INSTRUCTIONS
1. UNIT TRAINING WILL TAKE PLACE AT FORT RILEY, KS. FLY INTO THE
MANHATTAN, KS AIRPORT (MHK) IF POSSIBLE. IF FLYING INTO KANSAS CITY
INTERNATIONAL AIRPORT, GROUND SHUTTLE TRANSPORTATION TO FORT
RILEY IS AVAILABLE THROUGH ROADRUNNER (800) 826-8294 OR
WWW.KCIROADRUNNER.COM. WHILE AT FT RILEY KS, GEAR AND UNIFORM ISSUE
WILL BE CONDUCTED AS WELL AS COMBAT SKILLS AND ADDITIONAL
SPECIALIZED TRAINING TO PREPARE MEMBERS FOR ASSIGNMENT IN THEATER.
THIS TRAINING WILL LAST APPROXIMATELY 8 WEEKS. FT RILEY POC IS
785-239-4389 DURING NORMAL WORKING HOURS, AFTER  HOURS STAFF DUTY
OFFICER 785-239-9530.

2. THE BOOTS ON GROUND REQUIREMENT FOR THIS EVENT IS 200 DAYS IN
THEATER. THE ULTIMATE COMMAND SHALL TRACK BOG DATES AND
PROVIDE PERS-4G1 WITH THE PROPER DETACH DATE. POC FOR THIS EVENT
AT ECRC IS LCDR PAT MELSEN, FFC COMM:757-836-4415.
 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

               ------ULTIMATE ACTIVITY------
WHEN DIRECTED REPORT TO ULTIMATE DUTY STATION FOR DUTY.
FOR PAY AND PERSONNEL ACCOUNTING REPORT TO PERSONNEL
SUPPORT ACTIVITY DETACHMENT AS INDICATED BELOW:

```
REPORT ON OR ABOUT 01MAR08                      EDA: 01MAR08
TO: MOB ACCOUNTING OPS AFGHAN                    UIC: 3952A
     PERSUPP DET LITTLE CREEK
     1155 NIDER BLVD STE 100
     NORFOLK VA 23521-2732
SPONSOR/POC: LCDR PAT MELSEN, FFC N1P1E ACTION OFFICER,
757-836-4415ACC: 107
FOR ACTIVE DUTY                                  SPI: J
PERSONNEL ACCOUNTING SUPPORT: TFIA COE           UIC: 3539B
```

BILLET INFORMATION
ORDERS ISSUED IN SUPPORT OF OPERATION ENDURING FREEDOM
CJCS PROJECT CODE : 9GF
RTN: NE-1610-0161

```
LINE NO:
RFF: 620
URF: 8631
EJMAPS:
```
AUTHORIZED VISIT SUCH ADDITIONAL PLACES AS MAY BE NECCESSARY.

------PAY ACCOUNTING DATA------
   A. FROM HOME TO ULTIMATE DUTY STATION. ACCESSION FUNDING IS TO BE
USED FOR ALL TRAVEL AND TRANSPORTATION COSTS PRIOR TO REPORTING
ABOARD ULTIMATE DUTY STATION.

   LAND ACCESSION LINE OF ACCOUNTING DATA: USE IF MOVEMENT TO ULT
DUTY STATION IS WITHIN CONUS OR OVERSEAS WHEN NO TRANSOCEANIC
TRAVEL IS INVOLVED.
     N2K8 1781453.2250 T 068566 AE 2K8/1/$/T 2K8323709366

   TO OR FROM OVERSEAS ACCESSION LINE OF ACCOUNTING DATA: USE IF
MOVEMENT TO ULT DUTY STATION INVOLVES TRANSOCEANIC TRAVEL. FOR
PURPOSES OF THIS CLASSIFICATION, ALASKA AND HAWAII ARE TREATED AS
OCONUS.
     NSK8 1781453.2250 T 068566 AE SK8/1/$/T SK8323709366

   B. PAY AND ALLOWANCES: ALL COST OF PAY AND ALLOWANCES ARE
CHARGEABLE TO MPN.

     1781453.2201 011 11600 068566 2D 000000071110

   C.  PER DIEM: OPERATIONS AND MAINTENANCE NAVY (O&MN) ACCOUNTING
DATA IS TO BE USED FOR PER DIEM CHARGES WHILE ONBOARD THE ULTIMATE
DUTY STATION IF SO ENTITLED. DO NOT USE THIS FUNDING FOR TAD AWAY
FROM ULTIMATE DUTY STATION, WHICH MUST BE FUNDED SEPARATELY VIA
ULTDUTSTA TAD ORDERS.
FY08: N0002208TO41916 AA 1781804.22CA 000 00022 0 068566
2D041916 000228TW211E
FY09: N0002209TO41916 AA 1791804.22CA 000 00022 0 068566
2D041916 000229TW211E

PAY GRADE/PEBD: O3/20001218

NOSC INFORMATION
(1) VERIFY MEMBER SECURITY CLEARANCE ELIGIBILITY AND PROPER
DOCUMENTATION FROM DONCAF IS INCLUDED IN PERSONNEL JACKET. SECURITY
CLEARANCE SHALL BE ANNOTATED ON ORDERS WITH THE STATEMENT VERIFIED
BY (NAME, PHONE NUMBER OF SECURITY MANAGER). FOR ENLISTED MEMBERS,
VERIFY AND COMPLETE EREN DATA. ABOVE MENTIONED FIELDS ARE LOCATED
ON THE LAST PAGE OF THESE ORDERS.
(2) COMPLETE ACTIVE DUTY SERVICE DATE (ADSD) WORKSHEET FOR

NMPS/ULTIMATE DUTY STATION PSD USE.
(3) IAW CNO WASHINGTON DC NAVADMIN 068/07, THE LOSING COMMAND WILL
START OR RESUME ANTHRAX VACCINE IMMUNIZATION NOT EARLIER THAN 60
DAYS IN ADVANCE, WITH THE GOAL OF ACHIEVING AT LEAST THE FIRST THREE
DOSES OF THE SIX-DOSE SERIES AND ANNUAL BOOSTER PRIOR TO ARRIVAL IN
THE CENTCOM AOR.

NMPS INFORMATION
(1) FOR ENLISTED RECALLEES, PSD ENSURE NAVPERS 1070/622 (C05)
IS EXECUTED AND MADE OPERATIVE (C06) TO COVER THE ENTIRE RECALL
PERIOD. ALSO ENSURE THAT NAVPERS 1070/621 IS EXECUTED IF
NECESSARY TO ENSURE THAT EXPIRATION OF RESERVE ENLISTMENT (EREN)
IS NOT EXCEEDED.

INTERMEDIATE STOP INFORMATION


ULTIMATE DUTY STATION (ULTDUSTA) INFORMATION
(1) TAD ASSIGNMENT AWAY FROM THE ULTIMATE DUTY STATION WILL BE
FUNDED BY THE GAINING COMMAND.

MEMBER INFORMATION
(1) FOR IMPORTANT INFORMATION ON TRICARE BENEFITS, BAH, PER DIEM,
FSA, SGLI, AND ADDITIONAL IMPORTANT INFORMATION PERTAINING TO
MOBILIZATION, MEMBER IS DIRECTED TO REVIEW THE INFORMATION AT
WWW.NPC.NAVY.MIL/CAREERINFO/AUGMENTATION/MOBILIZATION

(2) TRICARE BENEFITS: UPON RECEIPT OF THESE ORDERS OR UP TO 90 DAYS
BEFORE COMMENCEMENT OF ACTIVE DUTY, WHICHEVER IS LATER, MEMBER AND
DEPENDENTS ARE ELIGIBLE FOR TRICARE MEDICAL AND DENTAL BENEFITS.
MEMBER IS STRONGLY ENCOURAGED TO RETAIN ALL EMPLOYER HEALTH PLAN
COVERAGE UNTIL ACTUALLY REPORTING FOR ACTIVE DUTY AT THE ULTIMATE
DUTY STATION, AT WHICH TIME MEMBER WILL BE FULLY COVERED BY
USERRA. FOR MORE INFORMATION, CALL 1-888-DOD-CARE OR ACCESS THE
TRICARE WEBSITE AT WWW.TRICARE.OSD.MIL/RESERVE. FOR PROBLEMS
ESTABLISHING ELIGIBILITY FOR EARLY TRICARE BENEFITS ON THE DEFENSE
ELIGIBILITY ENROLLMENT REPORTING SYSTEM (DEERS), CONTACT PERS-673
AT 1-866-U-ASK-NPC. ALSO VISIT THE PERS-4G MOBILIZATION WEBSITE
WWW.NPC.NAVY.MIL/CAREERINFO/AUGMENTATION/MOBILIZATION UNDER
'TRICARE' FOR MORE DETAILED ELIGIBILITY AND MEDICAL/DENTAL BENEFIT
INFORMATION.

(3) RESERVISTS ARE REQUIRED TO BRING THE FOLLOWING DOCUMENTATION:
 A. A VOIDED PERSONAL CHECK OR DEPOSIT SLIP SHOWING BANK ADDRESS AND
TELEPHONE NUMBER, BANK ROUTING NUMBER, AND ACCOUNT NUMBER FOR
ALLOTMENT/ENROLLMENT IN DIRECT DEPOSIT SYSTEM (DDS).
 B. IF APPLICABLE, COPY OF MOST RECENT EYEGLASS PRESCRIPTION AND TWO

SETS OF EYEGLASSES. CONTACT LENSES MAY NOT BE AUTHORIZED FOR FORWARD
DEPLOYED MEMBERS DEPENDING UPON WHERE ASSIGNED.
  C. FOR ANY APPROVED LEGAL MEDICATIONS RESERVIST IS TAKING AT THE
DIRECTION OF A PHYSICIAN OR DENTIST, COPY OF PRESCRIPTION(S) OR
OTHER DOCUMENTATION, PLUS A MINIMUM OF 180-DAY SUPPLY. INCLUDE ALL
DOCUMENTATION FOR EXISTING MEDICAL WAIVERS.
  D. BRING THE FOLLOWING DOCUMENTATION TO SUPPORT AND VERIFY SERVICE
RECORD AND/OR DEERS, AS APPLICABLE, IMPACTING ACTIVE DUTY GAIN
PROCESSING AT PSD:
  - CERTIFICATE OF DISCHARGE/SEPARATION (DD-214) OF ALL FORMER
    PERIODS OF ACTIVE DUTY.
  - BIRTH, ADOPTION OR GUARDIANSHIP CERTIFICATES FOR ALL DEPENDENTS.
  - COPIES OF ALL CURRENT CHILD SUPPORT AGREEMENTS.
  - SOCIAL SECURITY NUMBERS FOR SELF AND DEPENDENTS.
  - CERTIFIED COPY OF MARRIAGE CERTIFICATE FOR PRESENT MARRIAGE.
  - CERTIFIED COPIES OF DOCUMENTATION TERMINATING ANY PREVIOUS
    MARRIAGE, SUCH AS DIVORCE/ANNULMENT DECREE OR SPOUSE DEATH
    CERTIFICATE.

(4) DEMOBILIZATION:
  A. THE ULTDUSTA IS RESPONSIBLE FOR COORDINATING WITH PERS-461 TO
HAVE DEMOBILIZATION ORDERS GENERATED. THE ULDUSTA IS ALSO
RESPONSIBLE FOR MAINTENANCE OF BOG COUNTERS FOR ALL MEMBERS
ASSIGNED AND FOR COMMUNICATING BOG INFORMATION TO PERS-461 FOR
GENERATION OF DEMOBILIZATION ORDERS.
  B. UNDER NO CIRCUMSTANCES SHOULD MEMBERS THAT HAVE A FORWARD
DEPLOYED ULTDUSTA LISTED ON THESE MOBILIZATION ORDERS LEAVE THAT
ULTDUSTA WITHOUT DEMOBILIZATION ORDERS.
  C. THESE MOBILIZATION ORDERS CAN BE CANCELLED OR TERMINATED AT
ANY TIME DUE TO BILLET EXPIRATION, COMPLETION OF REQUIRED WORK,
OR OTHER REASONS TO BE DETERMINED.

(5) MEMBER IS DIRECTED TO CONTACT MOBILIZATION SAILOR ADVOCACY
(MSA) AT 1-866-827-5672 OR EMAIL NESA@NAVY.MIL WITHIN 48 HOURS
OF MESSAGE RECEIPT. ALL QUESTIONS FOR MODIFICATIONS SHALL BE
DIRECTED TO MSA REPRESENTATIVES AT 1-866-827-5672 OR DSN
882-4684, 4686 OR 2448. MEMBER MAY ALSO UTILIZE THE FOLLOWING
COMMERICAL PHONE NUMBERS: 901-874-4684, 4686 OR 2448.

(6) ALL MEMBERS DEPLOYING OCONUS MUST COMPLETE NAVY CODE OF CONDUCT
TRAINING ON NAVY KNOWLEDGE ONLINE AT: WWWA.NKO.NAVY.MIL/PORTAL/
SPLASH/INDEX.JSP PRIOR TO DEPARTING THEIR NAVAL RESERVE ACTIVITY OR
PARENT COMMAND AS APPLICABLE.  ONCE LOGGED ON MEMBERS MUST CLICK ON
THE NAVY E-LEARNING UNDER THE LEARNING TAB. FROM THERE SELECT US
DEPARTMENT OF THE NAVY COURSES. THE NEXT PAGE WILL PROVIDE A LIST OF
COURSES, SELECT CODE OF CONDUCT.  ONCE SELECTED, GO TO LEVEL B CODE
OF CONDUCT.  MEMBERS ARE ADVISED THIS COURSE IS NOT THE GENERAL

MILITARY TRAINING PRESENTATION. EXPECTED DURATION OF THE COURSE IS
7 HOURS.  MEMBERS MUST BRING THEIR COMPLETION CERTIFICATE WITH THEM
TO THE CONUS REPLACEMENT CENTER (CRC) IF APPLICABLE AND TO THEIR
ULTIMATE ACTIVITY.

(7) ORDERS ARE IN SUPPORT OF OPERATIONS AS PRESCRIBED IN EXECUTIVE
ORDER 13223 OF SEPTEMBER 14, 2001.  THIS IS A DECLARED CONTINGENCY
OPERATION IAW TITLE 10. CONTINGENCY ENTITLEMENTS APPLY. THE MEMBER
IS ORDERED TO ACTIVE DUTY FROM HIS OR HER RESIDENCE IN SUPPORT OF
THE NATIONAL EMERGENCY DECLARED UNDER PRESIDENTIAL PROCLAMATION 7463
OF 14 SEP 01. UNDER THE PROVISIONS OF TITLE 38, UNITED STATES CODE,
SECTION 4312(C)(4)(A) AND (B), THIS PERIOD OF ACTIVE DUTY IS EXEMPT
FROM THE 5-YEAR CUMULATIVE SERVICE LIMITATION ON REEMPLOYMENT
RIGHTS UNDER TITLE 38, UNITED STATES CODE, CHAPTER 43 (USERRA).

(8) ONE MONTH ADVANCE PAY IS AUTHORIZED AT NMPS IN ACCORDANCE WITH
REFERENCE (E).

(9) AUTHORIZED REIMBURSEMENT FOR TRANSPORTATION AT THE INTERMEDIATE
AND ULTIMATE DUTY STATIONS WHEN NO GOVERNMENT TRANSPORTATION IS
AVAILABLE PER JFTR U3510 MODIFIED AS FOLLOWS:
   A. THE LACMOB OR BASE COMMANDER MAY AUTHORIZE THE USE OF SPECIAL
CONVEYANCE (RENTAL VEHICLE) FOR MOBILIZATION ORDERS WHILE A MEMBER
IS ATTACHED TO THE NMPS OR OTHER INTERMEDIATE PROCESSING BASE IF IT
IS DETERMINED PER JFTR U3415 TO BE THE MOST EFFICIENT, COST
EFFECTIVE MANNER OF TRANSPORTATION.
   B. ULTIMATE SUPPORTED COMMANDS (ULDUSTA) CANNOT UTILIZE BUPERS
MOBILIZATION ORDERS FUNDING DATA TO AUTHORIZE THE COST OF SPECIAL
CONVEYANCE (RENTAL VEHICLE), OR AUTHORIZE AND CHARGE THE USE OF TAXI
FARES OR TRANSPORTATION-RELATED TIPS IN AND AROUND THE ULTIMATE DUTY
STATION. SUCH AUTHORIZATION BY THE ULDUSTA MUST BE BORNE BY
OPERATION AND MAINTENANCE (OM&N) FUNDS OF THE ULTIMATE DUTY STATION
(WHICH MAY BE REIMBURSABLE FROM DERF FUNDS) OR BY THE INDIVIDUAL.
   C. OCCASIONAL MEALS ARE AUTHORIZED IN ACCORDANCE WITH JFTR PARA
U4510 FOR PERSONNEL NOT IN A PER DIEM STATUS.

(10) IN ACCORDANCE WITH JFTR U7150-A4D, PER DIEM TRAVEL AND
TRANSPORTATION ALLOWANCES ARE PAID AT THE ULTIMATE DUTY STATION AS.
MOVEMENT OF DEPENDENTS IS NOT AUTHORIZED. TEMPORARY CHANGE OF
STATION WEIGHT ALLOWANCES FOR PERSONAL COMFORT AND WELL BEING ARE
AUTHORIZED AS RESTRICTED BY PAYGRADE IN JFTR U4710. TEMPORARY
HOUSEHOLD GOODS (HHG) STORAGE INCLUDING POV IS AUTHORIZED IN
CONNECTION WITH THESE ORDERS PER JFTR U4770.B AND U5466. CALL
HOUSEHOLD GOODS HELPLINE AT 800-444-7789 WITH QUESTIONS REGARDING
ENTITLEMENTS. POV TRAVEL TO NMPS AND/OR ULTIMATE DUTY STATION
INCONUS IS AUTHORIZED AT THE CONVENIENCE OF THE GOVT; GTR IS
DIRECTED WHEN THE ULTIMATE DUTY STATION IS OUTCONUS. FAMILY TRAVEL

TO NMPS AND/OR ULTIMATE DUTY STATION IS NOT AUTHORIZED. PER DIEM
IS CALCULATED IAW JFTR U4125 AND U7150-A4, PER GUIDANCE IN REF (E);
PSD VERIFY ENTITLEMENT. UTILIZATION OF GOVERNMENT QUARTERS AND
MESSING DIRECTED WHERE AVAILABLE. ORDER ISSUING AUTHORITY MAKES
FINAL DETERMINATION OF PER DIEM RATES (GMR, PMR, LOCALITY RATE)
FOR RESPECTIVE AREAS PER ADVICE OF INTERMEDIATE ACTIVITIES AND
GAINING COMMANDS (ULTIMATE DUTY STATION) AND BASED UPON GOVERNMENT
MESSING/BERTHING AVAILABILITY IN ACCORDANCE WITH JFTR PAR U4125.

CONTACT INFORMATION
  A. CALL 1-800-336-4590 (NATIONAL COMMITTEE FOR EMPLOYER SUPPORT OF
THE GUARD AND RESERVE) OR CHECK ON LINE AT WWW.ESGR.ORG IF YOU HAVE
QUESTIONS REGARDING YOUR EMPLOYMENT/REEMPLOYMENT RIGHTS.
  B. PER MILITARY PAY ADVISORY 61/03, MOBILIZED RESERVISTS CAN EMAIL
DFAS AT; CCL-MOBILIZATION@DFAS.MIL WITH PAY PROBLEM INQUIRIES.
UTILIZE CHAIN OF COMMAND AND SERVICING PSD BEFORE CONTACTING DFAS.
  C. MILITARY ONE SOURCE IS A 24-HOUR HOTLINE AVAILABLE TO ALL ACTIVE
AND RESERVE SAILORS AND THEIR FAMILIES WORLDWIDE TO HELP THEM DEAL
WITH PERSONAL AND FAMILY ISSUES. MANY TOPICS OF INFORMATION ARE
AVAILABLE: CRISIS SUPPORT, PARENTING AND CHILD CARE, EDUCATIONAL
SERVICES, FINANCIAL AND LEGAL COUNSELING, RELOCATION, AND MUCH MORE.
TOLL FREE PHONE: WITHIN U.S. 1-800-342-9647, OVERSEAS (USE COUNTRY
SPECIFIC TOLL FREE ACCESS CODE BEFORE DIALING TOLL FREE NUMBER)
800-3429-6477. WEBSITE IS WWW.MILITARYONESOURCE.COM.
  D. SEE REF (E) FOR POINTS OF CONTACT AND REFERENCES TO OTHER
RELATED QUESTIONS.

EREN:

MEMBER IS REQUIRED TO HOLD A SECRET SECURITY CLEARANCE
FOR THIS ASSIGNMENT.

NOSC/NRA MUST CERTIFY MEMBER'S SECURITY CLEARANCE BELOW:

IT IS CERTIFIED THAT SUBJECT MEMBER (SM) HOLDS A _____
CLEARANCE ACCORDING TO DATA IN JPAS

SM CLEARANCE EXPIRES _____

THIS CLEARANCE STATEMENT COMPLETED BY _____

NOSC/NRA SECURITY MANAGER SIGNATURE _____

NOSC/NRA SECURITY MANAGER DSN PHONE NUMBER AND EMAIL
ADDRESS _____

NOSC/NRA CO DSN PHONE NUMBER AND EMAIL

ADDRESS _____

CERTIFIED TO BE  ORIGINAL ORDERS              (SIGNED)
                                        J.C. HARVEY, JR.
_____          VICE ADMIRAL, U. S. NAVY
         COMMANDING OFFICER             CHIEF OF NAVAL PERSONNEL

//

BT
#0001
NNNN


----------------------------------------------------------------
****************************************************************
----------------------------------------------------------------

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Amended**

**Notice of Deposition and Rule 30 (a)(2)(C) Certification** was served upon Plaintiff Kevin P.

Smith by the manner designated below, on this 18th day of December, 2007:

*Via US Mail and Email*
Michael L. Shakman
Jennifer E. Smiley
Miller Shakman & Beem, LLP
180 N. LaSalle Street, Suite 3600
Chicago, IL 60601

and

*Via Facsimile (312) 263-3270*
Attn: Michael L. Shakman

_____
Mark A. Casciari

CHI 11380329.1

# E X H I B I T    B

# E X H I B I T    B

# MILLER SHAKMAN & BEEM LLP

### ATTORNEYS AND COUNSELORS

180 NORTH LA SALLE STREET

SUITE 3600

CHICAGO, ILLINOIS 60601

TELEPHONE (312) 263-3700

FAX (312) 263-3270

December 19, 2007

WRITER'S DIRECT LINE

**(312) 759-7239**

Mark Casciari
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603-5577

   Re:  *Smith v. Schneider National Carriers, Inc.*, No. 07 C 6199

Dear Mark:

   I am writing to follow-up on our conversation yesterday regarding the deposition of Kevin Smith that you have noticed for December 27, 2007. As I told you, Mr. Smith is currently stationed in Fort Riley, Kansas and he is scheduled to remain at Fort Riley until he in deployed to Afghanistan, which he has been told will likely occur in late February 2008. Mr. Smith has been informed that he will not be stationed in Illinois at all before he is deployed overseas; while he may be granted a brief holiday leave during which he will return to Illinois, as of today he does not know if or when that leave will occur.

   We do not think that Mr. Smith's brief leave, if granted, should have to be spent in deposition preparation and in his deposition. This is an unreasonable imposition on a member of the military who is about to be deployed overseas.

   Further, as I noted yesterday and as Michael Shakman indicated in his December 13 letter to you, Mr. Smith is entitled to Schneider's answer to the complaint and document production before he is deposed.

   Mr. Smith will not appear on December 27, 2007. Please confirm in writing that you will not attempt to proceed with the deposition on that date. If I do not hear from you by 4 p.m. on December 20, we will bring an appropriate motion before the Court.

     Sincerely,

     Jennifer E. Smiley

JES:co

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0204 |
| CONNECTION TEL | 4607000 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 12/19 14:20 |
| USAGE T | 00'22 |
| PGS. SENT | 2 |
| RESULT | OK |

# Miller Shakman & Beem LLP
### attorneys and counselors

180 North LaSalle Street
Chicago, Illinois 60601
Telephone (312) 263-3700
Facsimile (312) 263-3270

## TELECOPY COVER SHEET

TO:    Mark Casciari          FAX #: 312-460-7000

FROM:  Jennifer E. Smiley

DATE:  December 19, 2007

Number of pages being sent (including this cover page):   2

If there is a problem with transmission of this fax, please contact Carolyn at (312) 759-7233.

**NOTE:**

# EXHIBIT C

# EXHIBIT C

# MILLER SHAKMAN & BEEM LLP

ATTORNEYS AND COUNSELORS

180 NORTH LA SALLE STREET
SUITE 3600
CHICAGO, ILLINOIS 60601
TELEPHONE (312) 263-3700
FAX (312) 263-3270

December 13, 2007

WRITER'S DIRECT LINE

**312-759-7250**

<u>By Facsimile</u>

Mark Casciari
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603-5577

      Re:    *Kevin P. Smith v. Schneider National Carriers, Inc.*

Dear Mark:

Following up on our phone conversation today, I am writing to confirm that I will try to get in touch with Kevin Smith who, as you know is now on active duty, and will consult with him about whether he will voluntarily make himself available for his deposition before he is sent to Afghanistan.

I want to confirm, as I said on the phone, that I do not believe you are entitled under Rule 26 to notice his deposition at this time because of the requirement of Rule 26(d)(1) that a party may not schedule discovery before the parties have conferred as required by Rule 26(f). As I explained on the phone, Jennifer Smiley is handling discovery issues in this case and is out of the office this week; the Rule 26(f) conference will have to await her return until next week. I will ask her to contact you.

If Mr. Smith were to agree to the deposition voluntarily on an accelerated basis, we would want to have received Schneider's answer to the complaint and document production so that Mr. Smith is aware of what issues he faces by way of defenses. These are matters that Jennifer will be prepared to discuss with you next week.

      Sincerely,

      Michael L. Shakman

MLS:ra

cc:    Jennifer E. Smiley