IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN P. SMITH, | ) | |
| | ) | No. 07 C 6199 |
| Plaintiff, | ) | |
| | ) | Hon. Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| SCHNEIDER NATIONAL CARRIERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF EMERGENCY MOTION

TO:　Mark Casciari
　　　Kyle R. Hartman
　　　SEYFARTH SHAW, LLP
　　　131 S. Dearborn St., Suite 2400
　　　Chicago, IL 60603

PLEASE TAKE NOTICE that on **Wednesday, December 26, 2007** at **9:15 a.m.**, we shall appear before the Emergency Judge, The Honorable Robert W. Gettleman, Courtroom 1788, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Emergency Motion for Protective Order**, a copy of which has been served upon you.

Dated:　December 20, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. SMITH


　　　　　　　　　　　　　　　　　　　　　By:　/s/ Jennifer E. Smiley
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer E. Smiley

Michael L. Shakman
Jennifer E. Smiley
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certify that she caused to be served a true and correct copy of the **Notice of Motion** in accordance with the Administrative Procedures for the CM/ECF system for the Northern District of Illinois, and also served the following parties by email and fax:

Mark Casciari
mcasciari@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn St., Ste 2400
Chicago, IL 60603
  Fax No. 312.460.7000

Kyle R. Hartman
khartman@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn St., Ste 2400
Chicago, IL 60603
  Fax No. 312.460.7000


Dated: December 20, 2007

                     s/Jennifer E. Smiley