## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Kevin P Smith
                                Plaintiff,

v.                                                    Case No.: 1:07–cv–06199
                                                    Honorable Matthew F. Kennelly

Schneider National Carriers, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 26, 2007:

      MINUTE entry before Judge Robert W. Gettleman: Plaintiff's emergency motion for protective order [7] is granted. Motion hearing held on 12/26/2007 regarding motion for protective order[7]. Mailed notice (gds,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.