UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kevin P Smith
                              Plaintiff,

v.                                           Case No.: 1:07−cv−06199
                                             Honorable Matthew F. Kennelly

Schneider National Carriers, Inc.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 15, 2008:


    MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 1/15/2008 with attorneys for both sides. There is a dispute over whether plaintiff should be deposed before he deploys to Afghanistan in February 2008. An appropriate motion will be presented in short order. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.