## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KEVIN P. SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCHNEIDER NATIONAL CARRIERS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>) Case No. 07 C 6199<br>)<br>)<br>) Judge Kennelly<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:　Michael L. Shakman
　　　Miller Shakman & Beem, LLP
　　　180 N. LaSalle Street, Suite 3600
　　　Chicago, IL 60601

　　　Jennifer E. Smiley
　　　Miller Shakman & Beem, LLP
　　　180 N. LaSalle Street, Suite 3600
　　　Chicago, IL 60601

　　　PLEASE TAKE NOTICE THAT on Thursday, January 24, 2008 at 9:30 a.m. before the Honorable Matthew F. Kennelly or any judge sitting in his place or stead in Room 2103, in the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, defendant Schneider National Carriers, Inc. will then and there present a **MOTION FOR LEAVE TO COMPEL PLAINTIFF'S DEPOSITION BEFORE TRAVELING TO AFGHANISTAN**, a copy of which is filed and served concurrently herewith.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　SCHNEIDER NATIONAL CARRIERS, INC.

　　　　　　　　　　　　　　　By:　　/s/　Mark Casciari
　　　　　　　　　　　　　　　　　　One of Its Attorneys

Mark Casciari
Kyle R. Hartman
Seyfarth Shaw LLP
131 South Dearborn St.
Suite 2400
Chicago, IL 60603
(312) 460-5000

January 17, 2008

CH1 11395611.1