IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| KEVIN P. SMITH, <br><br> Plaintiff, <br><br> vs. <br><br> SCHNEIDER NATIONAL CARRIERS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 07 C 6199 <br><br> Hon. Judge Kennelly <br><br> Magistrate Judge Keys |
|---|---|---|

**REPLY IN SUPPORT OF MOTION FOR LEAVE TO COMPEL PLAINTIFF'S DEPOSITION BEFORE TRAVELING TO AFGHANISTAN**

Defendant Schneider National Carriers, Inc., submits this reply to the Opposition, filed by plaintiff on January 22, 2008, to defendant's motion to compel plaintiff's deposition before he travels to Afghanistan. Defendant asked plaintiff's counsel on January 23, 2008 if he had an objection to submitting this reply and he said no. Defendant believes that the reply will assist the Court in deciding the pending motion.

- Plaintiff has refused to testify before he deploys to Afghanistan because he lacks control over his schedule, or the time needed to be deposed before that deployment. Assuming that this assertion is accurate, defendant believes that an Order from this Court would allow plaintiff's military superiors, who do control plaintiff's schedule, to afford plaintiff the time and resources necessary for the deposition.

- Defendant understands that all active duty members of the military, including plaintiff, are subject to the orders and control of those appointed over them. It is no surprise that plaintiff, like any other active member of the military, cannot make himself available on his own accord. It is plaintiff's military superiors who have the authority and discretion to provide plaintiff with the time and resources

CH1 11398519.1

required for plaintiff's deposition, and they certainly would comply with an Order from this Court.

- Nothing in plaintiff's Opposition shows that plaintiff has made any effort to secure permission or authorization from his military superiors to be deposed.

- It is worth stressing that it is the plaintiff who has sued defendant, commenced the process of this Court and now seeks to delay the resolution of this action. Since it is the plaintiff who has sued, and since he certainly is capable of testifying under oath about his claim, he should be diligent in reaching as quick a resolution as possible of this action.

WHEREFORE, defendant respectfully requests that this Court enter an Order compelling Plaintiff to appear for his deposition before he deploys to Afghanistan in February 2008, at the specific time and place suggested by plaintiff and agreed to by defendant. Alternatively, the Court should dismiss this action without prejudice to plaintiff's filing the action again when he returns from Afghanistan.

Dated: January 23, 2008

Respectfully submitted,

SCHNEIDER NATIONAL CARRIERS, INC.

By: ___s/ Kyle R. Hartman___
One of Its Attorneys

Mark Casciari
Kyle R. Hartman
Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
(312) 460-5000

-2-

CH1 11398519.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing REPLY has been filed using the CM/ECF system, causing a true and correct copy to be served in the foregoing counsel of record:

> Michael L. Shakman
> Miller Shakman & Beem, LLP
> 180 N. LaSalle Street, Suite 3600
> Chicago, IL 60601
>
> Jennifer E. Smiley
> Miller Shakman & Beem, LLP
> 180 N. LaSalle Street, Suite 3600
> Chicago, IL 60601

this 23rd day of January, 2008.

> s/ Kyle Hartman
> Counsel for Defendant

CH1 11398519.1