IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KEVIN P. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 6199 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| SCHNEIDER NATIONAL CARRIERS, INC, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW
APPEARANCE OF JENNIFER E. SMILEY**

Pursuant to Local Rule 38.17, Jennifer E. Smiley of Miller Shaman & Beem LLP ("MSB") hereby moves the Court for an Order granting her leave to withdraw as one of the attorneys for Kevin P. Smith. As of February 1, 2008, Ms. Smiley will no longer be practicing law with MSB.

Dated: January 29, 2008          Respectfully submitted,

                                 KEVIN P. SMITH


                                 s/ Jennifer E. Smiley
                                 One of his attorneys

Michael L. Shakman
Jennifer E. Smiley
**MILLER SHAKMAN & BEEM LLP**
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700
(312) 263-3270 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, service of the foregoing **MOTION TO WITHDRAW APPEARANCE OF JENNIFER E. SMILEY** was accomplished pursuant to Electronic Case Filing (ECF) as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User.

Date: January 29, 2008                              s/Jennifer E. Smiley
                                                    Jennifer E. Smiley