IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN P. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6199 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| SCHNEIDER NATIONAL CARRIERS, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday**, **February 5, 2008** at **9:30 a.m.**, we shall appear before the Honorable Matthew F. Kennelly, Courtroom 2103, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion to Withdraw Appearance of Jennifer E. Smiley**, a copy of which has been served upon you.

Dated:  January 29, 2008                                  Respectfully submitted,

                                                                                   KEVIN P. SMITH


                                                                                   By: /s/ Jennifer E. Smiley
                                                                                          One of his attorneys

Michael L. Shakman
Jennifer E. Smiley
**MILLER SHAKMAN & BEEM LLP**
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that she caused a true and correct copy of the **Notice of Motion** to be sent via e-filing, pursuant to Case Management/ECF, and in compliance with LR 5.5 as to any party who is not a Filing User.

Dated: January 29, 2008

s/Jennifer E. Smiley