## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6199
KEVIN P. SMITH,                    Plaintiff,

vs.

Schneider National Carriers, Inc.,    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN P. SMITH

| | |
|---|---|
| NAME (Type or print) <br> Roger J. Perlstadt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Roger J. Perlstadt | |
| FIRM <br> MILLER SHAKMAN & BEEM LLP | |
| STREET ADDRESS <br> 180 North LaSalle Street -- Suite 3600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278220 | TELEPHONE NUMBER <br> (312) 263-3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that he served a copy of the following: **Appearance of Roger J. Perlstadt,** upon the parties listed by electronic means pursuant to Electronic Case Filing (ECF):

Mark Casciari
Kyle R. Hartman
SEYFARTH SHAW, LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603

                                                                      _____s/s Roger J. Perlstadt_____

Michael L. Shakman (ARDC #02558823)
Roger J. Perlstadt (ARDC #6278220)
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street
Suite 3600
Chicago, Illinois  60601
Telephone:     (312) 263-3700
Facsimile:     (312) 263-3270