## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6199 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Kevin P. Smith vs. Schneider National Carriers, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to withdraw the appearance of Jennifer Smiley is granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Case 1:07-cv-06199　Document 23　Filed 02/05/2008　Page 1 of 1

07C6199 Kevin P. Smith vs. Schneider National Carriers, Inc.　　　Page 1 of 1